■ In the Matter of JAMES HILL, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Ser-

vices, Respondent. [879 NYS2d 776]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered December 22, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Centra, Peradotto, Green and Gorski, JJ.